IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:13cr350 |
| | ) | |
| v. | ) | Count 5: Conspiracy to Distribute 280 grams |
| | ) | or more of Cocaine Base |
| JAMEEL ALEEM, | ) | (21 U.S.C. §§ 841, 846) |
| a/k/a "NINO B," | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM – Jameel Aleem

I. **COUNT FIVE** – Conspiracy to Distribute Cocaine Base:

WE, THE JURY, unanimously find the Defendant, **JAMEEL ALEEM, a/k/a "Nino B"**:

Guilty __X__          Not Guilty _____

Please answer the following question **only** if you found the Defendant guilty:

What amount of cocaine base do you find beyond a reasonable doubt that the Defendant, **JAMEL ALEEM, a/k/a "Nino B,"** conspired to distribute:

__X__    280 grams or more

_____    28 grams or more, but less than 280 grams

_____    Less than 28 grams

2/20/14
DATE                                FOREPERSON – Printed Name