Judge

Could you please review

Jury protocol in the

jury room too

Many questions +

discussion